**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6027**

---

JENSEN KEN ALEXANDER,

        Plaintiff - Appellant,

    v.

JOSEPH ELY, Unit Manager of "D" Building at the time; MRS. CHURCH, Counselor/I.C.A. member; MR. KING, Major/I.C.A. member; DENNIS COLLINS, Head of Unit Managers/I.C.A. member; MR. CHURCH, Lieutenant/I.C.A. member; MR. MANIS, Warden; BRENDA RAVIZEE, Institutional Ombudsman Wallens Ridge; DAVID ANDERSON, Assistant Warden/I.C.A.; RICHARD LIGHT, Lieutenant of "D" Building at the time/I.C.A. Member; MR. CROWDER, Regional Ombudsman,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:20-cv-00766-JPJ-PMS)

---

Submitted:  May 23, 2023                    Decided:  May 26, 2023

---

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jensen Ken Alexander, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jensen Ken Alexander appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Alexander v. Ely*, No. 7:20-cv-00766-JPJ-PMS (W.D. Va., Oct. 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*